[No. 14853-6-II.   Division Two.   March 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD
BRUCE HAYES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-04484-1, Waldo F. Stone, J., entered
April 3, 1991. *Affirmed* by unpublished opinion per Petrie,
J. Pro Tem., concurred in by Morgan, A.C.J., and Alex-
ander, J.

[No. 14678-9-II.   Division Two.   March 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
CLARENCE WALLACE, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 90-1-00576-1, William J. Kamps, J.,
entered January 9, 1991. *Affirmed* by unpublished opin-
ion per Petrie, J. Pro Tem., concurred in by Petrich, C.J.,
and Seinfeld, J.

[No. 14722-0-II.   Division Two.   March 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN
STOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for
Pierce County, No. 257640RO11, Phillip Tracy, J. Pro
Tem., entered February 12, 1991. *Affirmed* by unpub-
lished opinion per Petrie, J. Pro Tem., concurred in by
Petrich, C.J., and Alexander, J.